PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
TIMOTHY A. RAZEL, NYSBN 4742573
Special Assistant United States Attorney
  Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Tel.: (212) 264-0534
  Email: Timothy.Razel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY A. JONES, ) | Case No.: 2:23-cv-00339-TLN-EFB |
| ) | |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| ) | |
|  vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
|    Defendant. ) | |
| _____ ) | |

   Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 24, 2023, up to and including August 23, 2023; and

2. The deadline for Plaintiff to file a reply be fixed at October 10, 2023, thirty (30) days after her reply would be due if Defendant were to submit her response on the proposed deadline.

This is Defendant's first request for an extension. After meeting and conferring, the parties assert that this stipulation accommodates both Defendant's and Plaintiff's time demands and scheduling needs.

Defendant requests this extension because she needs additional time to ensure that she can properly consider the record and Plaintiff's arguments and develop her response to Plaintiff's motion. The undersigned counsel for defendant has deadlines in eight other cases over the next four weeks due to an increase in workload.

Additionally, given Defendant's proposed deadline, Plaintiff requires additional time to file a reply because the undersigned counsel for Plaintiff will be on extended leave between August 17, 2023, and September 20, 2023, and the proposed deadline for Defendant's response falls within that period. Accordingly, Plaintiff requires the fixed deadline of October 10, 2023, to ensure she will have sufficient time to consider Defendant's response and file a reply.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 19, 2023          /s/ *Barbara M. Rizzo*
                             (*as authorized via e-mail on July 18, 2023)
                             BARBARA M. RIZZO
                             Attorney for Plaintiff

Dated: July 19, 2023          PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

                     By:     /s/ *Timothy A. Razel*
                             TIMOTHY A. RAZEL
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

1
2
## [PROPOSED] ORDER

3       Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

4 extension, up to and including August 23, 2023, to respond to Plaintiff's Motion for Summary

5 Judgment, and that Plaintiff shall have until October 10, 2023, to file a reply.

6
7 DATED: July 19, 2023.

8                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28