PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
TIMOTHY A. RAZEL, NYSBN 4742573
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel.: (212) 264-0534
    Email: Timothy.Razel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY A. JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:23-cv-00339-TLN-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) additional days from August 23, 2023, up to and including September 22, 2023; and

2. The deadline for Plaintiff to file a reply remain fixed at October 10, 2023.

This is Defendant's second request for an extension. Defendant requests this extension because the undersigned counsel for Defendant needs to take leave due to a death in his family. Additionally, since Defendant filed her previous request for an extension of time on July 19,

2023, the undersigned counsel has had to handle four other cases, with a fifth case due later this week and three other cases currently due before the end of August. Defendant will therefore need the additional time to ensure that she can properly consider the record and Plaintiff's arguments and develop her response to Plaintiff's motion.

It should also be noted that counsel for Plaintiff will be on leave from August 17, 2023, through September 20, 2023, and, therefore, Plaintiff has been granted a fixed deadline of October 10, 2023, to file her reply. *See* ECF No. 15. Counsel for Plaintiff has indicated that, because Plaintiff would still have 15 days, as allotted in the scheduling order (*see* ECF No. 5), to file her reply with Defendant's proposed new deadline, she does not require an additional extension of the reply deadline. Accordingly, approving Defendant's proposed extension would not result in any further delay in case processing.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 15, 2023

/s/ *Barbara M. Rizzo*
(*as authorized via e-mail on August 14, 2023)
BARBARA M. RIZZO
Attorney for Plaintiff

Dated: August 15, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Timothy A. Razel*
TIMOTHY A. RAZEL
Special Assistant U.S. Attorney

Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 22, 2023, to respond to Plaintiff's Motion for Summary Judgment, and that Plaintiff shall have until October 10, 2023, to file a reply.

DATED: August 15, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE