UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:23-cv-00339-TLN-EFB<br><br>**ORDER** |

    Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying an application for Disability Income Benefits ("DIB") under Title II of the Social Security Act.  On March 13, 2024, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 20.)  Defendant has filed objections.  (ECF No. 21.)  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

For the reasons stated herein, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on March 13, 2024, are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (ECF No. 12) is GRANTED;
3. The Commissioner's cross-motion for summary judgment (ECF No. 18) is DENIED;
4. The Clerk of Court is directed to enter judgement in Plaintiffs' favor; and
5. This matter is REMANDED for further administrative proceedings consistent with this Order.

Date: March 25, 2024

_____
Troy L. Nunley
United States District Judge